IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO.: 2:17-CR-12-D-1

UNITED STATES OF AMERICA )
)
v. )
)
) **ORDER**
MARLO LYNNICE ARMSTRONG, )
)
Defendant )

This matter is before the Court on the Consent Motion of the Government for (1) a consolidated initial appearance and arraignment, or in the alternative, (2) an afternoon arraignment so that the parties can schedule a morning initial appearance before a United States Magistrate Judge.

For the reasons stated in the Government's Motion, it is hereby ORDERED that [a consolidated initial appearance and arraignment] [arraignment] in this matter is scheduled to occur on in August , 2018.

This the 30 day of July 2018.

_____
James C. Dever, III
Chief United States District Judge