UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
File No.: 2:17-cr-00012-D-1

| UNITED STATES OF AMERICA Plaintiff, | |
|---|---|
| v. | **ORDER GRANTING** |
| MARLO LYNNICE ARMSTRONG Defendant. | **MOTION TO SEAL** |

This matter is before the Court on Defendant's Motion to Seal.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal the Motion filed at D.E. _31_.

SO ORDERED.

This the _5_ day of December 2018.

James C. Dever, III
United States District Judge