UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
File No.: 2:17-cr-00012-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | |
| v. | **ORDER GRANTING**<br>**MOTION TO SEAL** |
| MARLO LYNNICE ARMSTRONG<br>Defendant. | |

This matter is before the Court on Defendant's Motion to Seal Sentencing Memorandum.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to seal

the Motion filed at Docket Entry at 37, including Exhibits A through J attached thereto.

SO ORDERED.

This the **22** day of January, 2019.

James C. Dever, III
United States District Judge